**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**BARBARA ARZONETTI,**

                  **Plaintiff,**            20-cv-3102 (JGK)

      - against -                 **ORDER**

**POPE RESOURCES, ET. AL.,**

                  **Defendants.**

---

**JOHN G. KOELTL, District Judge:**

The plaintiff had 90 days from filing the complaint to serve the summons and complaint on the defendants. Fed. R. Civ. P. 4(m). The plaintiff has failed to serve the summons and complaint. The time to serve is extended until July 24, 2020. If service is not made by July 24, 2020, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

**Dated:**     **New York, New York**
           **June 24, 2020**               /s/ John G. Koeltl
                                                   **John G. Koeltl**
                                             **United States District Judge**