UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BARBARA ARZONETTI<br><br>          Plaintiff,<br><br>v.<br><br>POPE RESOURCES, A DELAWARE LIMITED PARTNERSHIP, THOMAS M. RINGO, WILLIAM R. BROWN, JOHN E. CONLIN, SANDY D. MCDADE, and MARIA M. POPE,<br><br>          Defendants. | Case No.  20-cv-03102-JGK<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

      PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Barbara Arzonetti ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: June 25, 2020

                                             **WEISSLAW LLP**

                                  By _____
                                             Richard A. Acocelli
                                             1500 Broadway, 16th Floor
                                             New York, New York 10036
                                             Telephone: (212) 682-3025
                                             Facsimile: (212) 682-3010
                                             Email: racocelli@weisslawllp.com

                                             *Attorneys for Plaintiff*